UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVENTE NAGY,

Plaintiff,

- against -

MHP LAND ASSOCIATES LLC, et al.,

Defendants.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

19 Civ. 6395 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

____________________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

____________________________

Settlement*

Inquest After Default/ Damages Hearing

Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: ____________________

Habeas Corpus

Social Security

Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: ____________

All such motions: ____________

*Do not check if already referred for general pretrial.

Dated: New York, New York
December 31, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge