UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVENTE NAGY,

               Plaintiff,

v.

MHP LAND ASSOCIATES LLC, MASTIC
ASSOCIATES OF NEW YORK LLC,
OGDEN CAP PROPERTIES, LLC, ES
BUILDERS GROUP LLC and ABC CORP.,
a fictitious name intending to be that of an
unknown contractor,

               Defendants.

**ORDER**

19 Civ. 6395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The conference scheduled for February 6, 2020, is adjourned <u>sine die</u>.

Dated: New York, New York
       January 30, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge