UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEVENTE NAGY,

                Plaintiff,

- against -

MHP Land Associates, LLC, et al.

                Defendant.
-------------------------------------------------------------X

19 Civ. 06395 (PGG) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 17, 2020, the Court held a telephonic conference to discuss the issues raised in Plaintiff's March 3, 2020 letter. (Dkt. 50.) As discussed during the conference, it is ORDERED:

1. By March 20, 2020, Defendants' Counsel shall provide to Plaintiff's Counsel a written representation that they have not withheld any documents from production on any basis other than privilege.

2. The deadline for fact discovery is hereby extended from March 16, 2020 to **June 15, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    March 17, 2020
             New York, New York

Copies transmitted to all counsel of record.

1