USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEVENTE NAGY,

                Plaintiff,

- against -

MHP LAND ASSOCIATES, LLC, ET AL.

                Defendants.
-------------------------------------------------------------X

19-CV-6395 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As discussed during the conference held on November 10, 2021, Defendant's application for a revised discovery schedule to afford the opportunity to take the deposition of economic expert Kucsma is DENIED. Defendant sat on its hands for months and unreasonably issued a deposition demand merely a week before the expiration of discovery. Defendant was not able to provide any justification. Discovery in this matter is now complete. The parties shall follow Judge Gardephe's rules for dispositive motions and pre-trial orders.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated:    November 18, 2021
            New York, New York

Copies transmitted to all counsel of record.