UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEVENTE NAGY,

            Plaintiff,

    - against -

MHP LAND ASSOCIATES LLC et al.

            Defendants.

**ORDER**

19 Civ. 6395 (PGG) (RWL)

---

PAUL G. GARDEPHE, U.S.D.J.:

    A jury trial in this matter will take place on **October 31, 2022** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    By **October 3, 2022**, the parties will jointly submit a pre-trial order in accordance with Rule X(A) of this Court's Individual Rules of Practice. By **October 3, 2022**, the parties will also each submit the materials listed in Rule X(B) of this Court's Individual Rules of Practice.

    Any motions in limine are due by **October 3, 2022**. Oppositions to any motions in limine are due by **October 17, 2022**.

    A final pre-trial conference will take place on **October 26, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 16, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge