UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVENTE NAGY,

                Plaintiff,

      v.

MHP LAND ASSOCIATES LLC, MASTIC ASSOCIATES OFNEW YORK LLC, OGDEN CAP PROPERTIES, LLC, and ABC CORP., a fictitious name intending to be that of an unknown contractor,

                Defendants.

**ORDER**

19 Civ. 6395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will hold a hearing on Plaintiff's motion in limine to "preclude Dr. Jeffrey Spivak and Dr. Jonathan S. Luchs from testifying on behalf of Defendants" (Dkt. No. 88) on **October 26, 2022, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The purpose of the hearing is to resolve a factual dispute between the parties as to whether the Defendants properly disclosed their expert witnesses' identities and written reports under Rule 26(a)(2). The parties should be prepared to offer testimony from witnesses with personal knowledge of the disputed facts.

Dated: New York, New York
      October 24, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge