UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVENTE NAGY,

                Plaintiff,

      v.

MHP LAND ASSOCIATES LLC, MASTIC ASSOCIATES OFNEW YORK LLC, OGDEN CAP PROPERTIES, LLC, and ABC CORP., a fictitious name intending to be that of an unknown contractor,

                Defendants.

**ORDER**

19 Civ. 6395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court yesterday, Plaintiff's motion to quash Defendant's subpoena dated October 21, 2022 is granted. The Clerk of Court is directed to terminate the motion (Dkt. No. 107).

        As discussed at yesterday's conference, Plaintiff has withdrawn his motion in limine to "preclude Dr. Jeffrey Spivak and Dr. Jonathan S. Luchs from testifying on behalf of defendants" (Dkt No. 88) and responded to Defendants' request for admission dated September 27, 2022.

Dated: New York, New York
       October 27, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge