**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LEVENTE NAGY,

Plaintiffs,

-against-

MHP LAND ASSOCIATE LLC, MASTIC ASSOCIATES OF NEW YORK LLC, OGDEN CAP PROPERTIES, LLC, ES BUILDERS GROUP LLC and ABC CORP., a fictitious name intending to be that of an unknown contractor,

Defendant.

---

Civil Action Nos.
19-cv-06395-PGGG-RWL

**DECLARATION**

**ANTHONY F. TAGLIAGAMBE**, declares, pursuant to the provisions of 28 U.S.C. §1746:

1. I am a Partner of the law firm of London Fischer LLP, attorneys for Defendants. I am fully familiar with the facts and circumstances of this case and the file maintained in my office.

2. This Declaration and the attached exhibits are submitted in Opposition to Plaintiff's Motion in Limine to Preclude the subject surveillance footage of Plaintiff obtained on September 24, 2021.

3. The subject surveillance footage was obtained by Noreen Bruen of Pri-Con Investigations, Inc.

4. Counsel for Defendants did not retain Noreen Bruen or Pri-Con Investigations, Inc. to obtain the subject surveillance.

5. Pri-Con Investigations, Inc. was retained by Plaintiff's employer to obtain the subject surveillance.

6. In preparation for trial, counsel for Defendants followed up with Plaintiff's employer to confirm that all relevant documents, files, and information have been provided. Upon receiving the request, Plaintiff's employer put counsel for defendants in touch with Noreen Bruen of Pri-Con Investigations, Inc.

7. On October 3, 2022, Noreen Bruen sent counsel for Defendants the subject surveillance footage of Plaintiff.

8. Noreen Bruen represented to counsel for Defendants that the surveillance footage that was disclosed to Plaintiff's counsel is the entirety of the surveillance that was obtained of Plaintiff.

9. On October 4, 2022, counsel for Defendants sent a USB drive containing the subject surveillance to Plaintiff's counsel.

10. Plaintiff's counsel received the USB drive containing the subject surveillance on October 5, 2022.

11. Counsel for Defendants was not in possession of the subject surveillance prior to October 3, 2022.

**WHEREFORE,** it is respectfully requested that this Court deny Plaintiff's Motion in Limine to Preclude the Surveillance of Plaintiff obtained on September 24, 2021.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated: New York, New York
October 27, 2022

Respectfully submitted,

LONDON FISCHER LLP

By: ____________________
ANTHONY F. TAGLIAGAMBE, ESQ.