**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LEVENTE NAGY,

Plaintiffs,

-against-

MHP LAND ASSOCIATE LLC, MASTIC ASSOCIATES OF NEW YORK LLC, OGDEN CAP PROPERTIES, LLC, ES BUILDERS GROUP LLC and ABC CORP., a fictitious name intending to be that of an unknown contractor,

Defendant.

---

Civil Action Nos.
19-cv-06395-PGG-RWL

**DECLARATION**

**ANTHONY F. TAGLIAGAMBE**, declares, pursuant to the provisions of 28 U.S.C. §1746:

1. I am a Partner of the law firm of London Fischer LLP, attorneys for Defendants. I am fully familiar with the facts and circumstances of this case and the file maintained in my office.

2. This Declaration and the attached exhibits are submitted in Opposition to Plaintiff's Motion in Limine to Preclude the Social Security bearing Plaintiff's name that was annexed to Defendants' Request for Admission dated September 27, 2022.

3. In preparation for trial, counsel for Defendants followed up with Plaintiff's employer to confirm that all relevant documents, files, and information have been provided. Upon receiving the request, Plaintiff's employer provided a copy of the subject Social Security Card to counsel for Defendants on September 21, 2022.

4. On September 27, 2022, counsel for Defendants served a Request for Admission upon on Plaintiff seeking admissions or denials regarding the subject Social Security card.

5. Plaintiff s served a Response to Defendants' Request for Admission on October 24, 2022.

**WHEREFORE,** it is respectfully requested that this Court deny Plaintiff's Motion in Limine to Preclude the subject Social Security card bearing Plaintiff's name.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated: New York, New York
October 27, 2022

Respectfully submitted,

LONDON FISCHER LLP

By: ______________________
ANTHONY F. TAGLIAGAMBE, ESQ.