UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

INDEX NO. 19-cv-06395-PGG

LEVENTE NAGY,

Plaintiff,

-against-

**STIPULATION DISCONTINUING ACTION**

MHP LAND ASSOCIATES LLC, MASTIC ASSOCIATES OF NEW YORK LLC, OGDEN CAP PROPERTIES, LLC, ES BUILDERS GROUP LLC and ABC CORP., a fictitious name intending to be that of an unknown contractor

Defendants.

---------------------------------------------

MHP LAND ASSOCIATES LLC, MASTIC ASSOCIATES OF NEW YORK LLC and OGDEN CAP PROPERTIES,

Third-Party Plaintiffs,

-against-

SPRING SCAFFOLDING LLC,

Third-Party Defendants.

---------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties that this action be, and the same is hereby discontinued with prejudice, without further costs or disbursements to any of the parties as against any other, and it is also represented that no signing party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Port Chester, New York
November 30, 2022

RONAI & RONAI, L.L.P.
By: Holly Ostrov Ronai, Esq.
Attorneys for Plaintiff
*The Ronai Building*
34 Adee Street
Port Chester, New York 10573

LONDON FISCHER LLP
By:
Attorneys for Defendants
59 Maiden Lane 39th floor
New York, New York 10038